# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ABINGDON DIVISION

| | | |
|---|---|---|
| **NENR INVESTMENTS, LLC.,** | ) | |
| Plaintiffs, | ) | |
| | ) | Civil Action No.: 1:08cv00047 |
| v. | ) | |
| | ) | **ORDER** |
| **STARBUCKS CORPORATION,** | ) | |
| Defendant, | ) | By: GLEN M. WILLIAMS |
| | ) | SENIOR UNITED STATES DISTRICT JUDGE |

This case is currently before the court on the plaintiffs' Motion For Partial Summary Judgment, (Docket Item No. 15), ("Motion For Partial Summary Judgment"). The case was referred, pursuant to 28 U.S.C. § 636(b)(1)(B), to the Honorable Pamela Meade Sargent, United States Magistrate Judge. On May 18, 2009, the Magistrate Judge entered a report and recommendation, (Docket Item No. 31), ("the Report"), recommending that the motion be granted. Objections to the Report were due by June 5, 2009. No objections were filed.

Upon the consideration of the Report, the undersigned finds that the Magistrate Judge's Report shall be **ACCEPTED**. Accordingly, for the reasons detailed in the Magistrate Judge's Report and in this Order, the plaintiffs' Motion For Partial Summary Judgment is hereby **GRANTED**.

The Clerk is directed to enter this Order and send copies to all counsel of record.

ENTER: This 8th day of June 2009.

                                           */s/ Glen M. Williams*
                                           SENIOR UNITED STATES DISTRICT JUDGE